| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| MIDDLE DISTRICT OF FLORIDA | |
| Case number *(if known)* _____ Chapter **11** | ☐ Check if this an amended filing |

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
The Accounting Lab Group LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
93-1700577

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1540 International Parkway<br>Suite 2000<br>Lake Mary, FL 32746 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Seminole | **Location of principal assets, if different from principal place of business** |
| County | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **The Accounting Lab Group LLC** _____ Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
    ☐ A plan is being filed with this petition.
    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor **The Accounting Lab Group LLC**　　　Case number (*if known*) _____
　　　　Name

List all cases. If more than 1,
attach a separate list　　　Debtor _____　　　Relationship _____
　　　　　　　　　　　　District _____　When _____　Case number, if known _____

**11. Why is the case filed in *this district?*** *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.　Insurance agency _____
　　　　　Contact name _____
　　　　　Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds** . *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49　　　　　☐ 1,000-5,000　　　　☐ 25,001-50,000
☐ 50-99　　　　☐ 5001-10,000　　　　☐ 50,001-100,000
☐ 100-199　　　☐ 10,001-25,000　　　☐ More than100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000　　　　　　■ $1,000,001 - $10 million　　　☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000　　　☐ $10,000,001 - $50 million　　 ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000　　 ☐ $50,000,001 - $100 million　　☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million　　☐ $100,000,001 - $500 million　☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000　　　　　　■ $1,000,001 - $10 million　　　☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000　　　☐ $10,000,001 - $50 million　　 ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000　　 ☐ $50,000,001 - $100 million　　☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million　　☐ $100,000,001 - $500 million　☐ More than $50 billion

Debtor  **The Accounting Lab Group LLC**                                           Case number (*if known*) _____
        Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/20/2025
             MM / DD / YYYY

X _____                        **Dr. Corico McCray Sr.**
Signature of authorized representative of debtor                Printed name

Title  **Managing Member**

---

**18. Signature of attorney**

X _____                        Date  **2.25.2025**
Signature of attorney for debtor                                      MM / DD / YYYY

**Daniel A. Velasquez 0098158**
Printed name

**Latham Luna Eden & Beaudine LLP**
Firm name

**201 S. Orange Avenue
Suite 1400
Orlando, FL 32801**
Number, Street, City, State & ZIP Code

Contact phone  **(407) 481-5800**      Email address  **dvelasquez@lathamluna.com**

**0098158 FL**
Bar number and State

Fill in this information to identify the case:

Debtor name: **The Accounting Lab Group LLC**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Alliant Group** <br> **3009 Post Oak Blvd.** <br> **Suite 2000** <br> **Houston, TX 77056** | | **Business Loan** | | | | **$25,166.00** |
| **CHTD Company** <br> **PO Box 2576** <br> **Springfield, IL 62708** | | **Personal Property** | | **Unknown** | **$0.00** | **Unknown** |
| **Corporation Service Company** <br> **PO Box 2576** <br> **Springfield, IL 62708** | | **Personal Property** | | **Unknown** | **$0.00** | **Unknown** |
| **CT Corporation System** <br> **330 N Brand Blvd.** <br> **Suite 700** <br> **Glendale, CA 91203** | | **Personal Property** | | **Unknown** | **$0.00** | **Unknown** |
| **CT Corporation System** <br> **330 N Brand Blvd.** <br> **Suite 700** <br> **Glendale, CA 91203** | | **Personal Property** | | **Unknown** | **$0.00** | **Unknown** |
| **Dr. Venise Maybank** <br> **c/o Cary Burke, Esq.** <br> **695 Pylant Street NE** <br> **Suite 115** <br> **Atlanta, GA 30306** | | | **Unliquidated Disputed** | | | **$0.00** |
| **Fox Funding Group LLC** <br> **803 S 21st Ave.** <br> **Hollywood, FL 33020** | | **Commercial Financing Agreement** | | | | **$0.00** |
| **Fusion Funding** <br> **333 W Commercial Street** <br> **Suite 324** <br> **East Rochester, NY 14445** | | **Loan** | | | | **$611,000.00** |

Debtor **The Accounting Lab Group LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| **Great America Financial Services**<br>PO Box 660831<br>Dallas, TX 75266-0831 | | **Trade debt** | | | | $1,957.23 |
| **Headway Capital**<br>175 W. Jackson Blvd.<br>Chicago, IL 60604 | | **Line of Credit** | | | | $96,127.00 |
| **McHenry Advisors**<br>134 East Main Street<br>New Albany, OH 43054 | | **Trade Debt** | | | | $12,780.00 |
| **National Business Capital**<br>80 Arkay Drive Suite 215<br>Hauppauge, NY 11788 | | **Business Loan** | | | | $100,000.00 |
| **Newtek Bank, N.A.**<br>39 West 37th Street<br>3rd Floor<br>New York, NY 10018 | | **Personal Property** | | $3,700,000.00 | $0.00 | $3,700,000.00 |
| **Newtek Bank, N.A.**<br>39 West 37th Street<br>3rd Floor<br>New York, NY 10018 | | **Personal Property** | | $275,000.00 | $0.00 | $275,000.00 |
| **Sound Advance LLC**<br>8 The Green Suite A<br>Dover, DE 19901 | | **Cash Advance Agreement** | | | | $200,000.00 |
| **Unique Funding Solutions, LLC**<br>1915 Hollywood Blvd.<br>Suite 200A<br>Hollywood, FL 33020 | | **Loan** | | | | $280,000.00 |

## United States Bankruptcy Court
### Middle District of Florida

In re   **The Accounting Lab Group LLC**                                    Case No.
                                            Debtor(s)                       Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Dr. Corico McCray, Sr.**<br>**4154 Looking Glass Place**<br>**Sanford, FL 32771** | | **50%** | **Managing Member** |
| **Robert Craig**<br>**1552 Laurens Glen Lake**<br>**Knoxville, TN 37923** | | **50%** | **Managing Member** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **March 20, 2025**                        Signature  _/s/ Dr. Corico McCray Sr._

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## United States Bankruptcy Court
### Middle District of Florida

In re  The Accounting Lab Group LLC

Debtor(s)

Case No. 

Chapter  11

## VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  March 20, 2025

Dr. Corico McCray Sr./Managing Member
Signer/Title

| | | |
|---|---|---|
| The Accounting Lab Group LLC<br>1540 International Parkway<br>Suite 2000<br>Lake Mary, FL 32746 | DEX Imaging<br>3132 Morris Avenue<br>Knoxville, TN 37909 | Lieberman & Klestzick<br>c/o Sol Setton<br>381 Sunrise Highway<br>Suite 302<br>Lynbrook, NY 11563 |
| Daniel A. Velasquez<br>Latham Luna Eden & Beaudine LLP<br>201 S. Orange Avenue<br>Suite 1400<br>Orlando, FL 32801 | DEX Imaging<br>5109 W Lemon Street<br>Tampa, FL 33609 | McHenry Advisors<br>134 East Main Street<br>New Albany, OH 43054 |
| Alliant Group<br>3009 Post Oak Blvd.<br>Suite 2000<br>Houston, TX 77056 | Dr. Corico McCray, Sr.<br>4154 Looking Glass Place<br>Sanford, FL 32771 | National Business Capital<br>80 Arkay Drive<br>Suite 215<br>Hauppauge, NY 11788 |
| CHTD Company<br>PO Box 2576<br>Springfield, IL 62708 | Dr. Venise Maybank<br>c/o Cary Burke, Esq.<br>695 Pylant Street NE<br>Suite 115<br>Atlanta, GA 30306 | Newtek Bank, N.A.<br>39 West 37th Street<br>3rd Floor<br>New York, NY 10018 |
| Corico McCray<br>4154 Looking Glass Pl.<br>Sanford, FL 32771 | Fox Funding Group LLC<br>803 S 21st Ave.<br>Hollywood, FL 33020 | Newtek Bank, N.A.<br>39 West 37th Street<br>3rd Floor<br>New York, NY 10018 |
| Corico R. McCray Sr.<br>1540 International Parkway<br>Ste 200<br>Lake Mary, FL 32746 | Fusion Funding<br>333 W Commercial Street<br>Suite 324<br>East Rochester, NY 14445 | Pitney Bowes<br>PO Box 981039<br>Boston, MA 02298 |
| Corporation Service Company<br>PO Box 2576<br>Springfield, IL 62708 | Great America Financial Services<br>PO Box 660831<br>Dallas, TX 75266-0831 | Robert Craig<br>5071 Clapboard Creek Dr.<br>Jacksonville, FL 32226 |
| CT Corporation System<br>330 N Brand Blvd.<br>Suite 700<br>Glendale, CA 91203 | Headway Capital<br>175 W. Jackson Blvd.<br>Chicago, IL 60604 | Robert Craig<br>1552 Laurens Glen Lake<br>Knoxville, TN 37923 |
| CT Corporation System<br>330 N Brand Blvd.<br>Suite 700<br>Glendale, CA 91203 | Lee Maier Law Firm<br>c/o Cary Burke, Esq.<br>695 Pylant Street NE<br>Suite 115<br>Atlanta, GA 30306 | Robert M Craig<br>9222 Adenleigh Way<br>Apt 32<br>Knoxville, TN 37922 |

The Accounting Lab Group LLC - - Pg. 2 of 2

Scott & Kelly McPherson
PO Box 32745
Knoxville, TN 37930

Sound Advance LLC
8 The Green
Suite A
Dover, DE 19901

Unique Funding Solutions, LLC
1915 Hollywood Blvd.
Suite 200A
Hollywood, FL 33020

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re   **The Accounting Lab Group LLC**                                           Case No.
                                              Debtor(s)                            Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                                     $   36,738.00
   Prior to the filing of this statement I have received                           $   36,738.00
   Balance Due                                                                     $        0.00

2. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

3.25.2025
Date

Daniel A. Velasquez 0098158
*Signature of Attorney*
Latham Luna Eden & Beaudine LLP
201 S. Orange Avenue
Suite 1400
Orlando, FL 32801
(407) 481-5800   Fax: (407) 481-5801
dvelasquez@lathamluna.com
*Name of law firm*